**UNITED STATED DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERM DIVISION**

**TRANS4FED, LLC**                                                                                    **PLAINTIFF**

**VERSUS**                                                              **CAUSE NO. 2:20-CV-96-KS-MTP**

**RAPIDBUILT, INC. and JOHN DOES 1-10**                                     **DEFENDANT**

**AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

This day this cause having come before the Court on the *ore tenus* motion of the Plaintiff, Trans4Fed, LLC ("Plaintiff"), and the Defendant, Rapidbuilt, Inc. ("Defendant"), each appearing through counsel, whose signatures are affixed below in the acknowledgment and approval hereof, and upon call of the action, these parties through their counsel thereupon move the Court for the adoption of this Agreed Final Judgment of Dismissal With Prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that, with respect to any and all claims of the Plaintiff, the Defendant is hereby fully and finally discharged from this action, and that the Plaintiff's Complaint and all causes of action therein pled or referred to be and all the same are hereby finally and forever dismissed <u>with prejudice</u>, with each party to bear their respective costs of this action.

SO ORDERED AND ADJUDGED, on this, the __19th__ day of __August__, 2020.

                                                                           s/Keith Starrett
                                                                       UNITED STATES DISTRICT JUDGE

APPROVED:

| | |
|---|---|
| */s/ Matthew D. Miller* | */s/ Shauncey Hunter Ridgway* |
| Matthew D. Miller (MSB #99210) | Shauncey Hunter Ridgway (MSB #105189) |
| Attorney for Trans4Fed, LLC | Attorney for Rapidbuilt, Inc. |